WWR# 040130307

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| Andrew D. Harrison | ) | |
| Nina R. Dibiase Harrison | ) | Bankruptcy No. 18-22962 |
|     Debtors | ) | |
| | ) | Chapter 7 |
| Ford Motor Credit | ) | |
|     Movant | ) | Hearing Date & Time 09/20/2018 at 1:30 PM |
| | ) | |
|     v. | ) | Response Deadline 08/24/2018 |
| | ) | |
| Andrew D. Harrison | ) | |
| Nina R. Dibiase Harrison | ) | |
| Robert Shearer, TRUSTEE | ) | |
|     Respondents | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 08/07/2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 08/24/2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 08/27/2018

By:  /s/ Brian Langford
Brian Langford  PA I.D. #324884
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219   (412) 338-7102
blangford@weltman.com