**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ANDREW D. HARRISON ) | |
| NINA R. DIBIASE HARRISON ) | Bankruptcy No. 18-22962 |
|     Debtor ) | |
| ) | Chapter 7 |
| FORD MOTOR CREDIT COMPANY ) | |
|     Movant ) | |
| ) | |
| v. ) | |
| ANDREW D. HARRISON ) | |
| NINA R. DIBIASE HARRISON ) | |
| ROBERT SHEARER, TRUSTEE ) | |
|     Respondents ) | |
| ) | |

**CERTIFICATE OF SERVICE OF MODIFIDED DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

I, Brian Langford, certify under penalty of perjury that I served the above captioned Modified Default Order on Motion for Relief from Automatic Stay and Abandonment on the parties at the addresses below, on 09/04/2018. The type of service was by First Class mail.

The total number of parties served was 5.

Andrew D. Harrison, 633 Marshall Avenue, Pittsburgh, PA 15214

Nina R. Dibiase Harrison, 633 Marshall Avenue, Pittsburgh, PA 15214

(Served by electronic notification)

Christopher M. Frye, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219

Robert Shearer, 5703 Brewster Lane, Erie, PA 16505

Office of the U.S. Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

EXECUTED ON: 09/04/2018    By:    /s/ Brian Langford
    Brian Langford
    Weltman, Weinberg & Reis Co., L.P.A.
    436 Seventh Avenue, Suite 2500
    Pittsburgh, PA  15219
    (412) 338-7102
    PA I.D. #324884 blangford@weltman.com