**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew D. Harrison** | Social Security number or ITIN  **xxx–xx–8076** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nina R. Dibiase Harrison** | Social Security number or ITIN  **xxx–xx–4105** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–22962–GLT**

# Order of Discharge         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew D. Harrison                                    Nina R. Dibiase Harrison

11/7/18                                               **By the court:**  Gregory L. Taddonio
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                       Case No. 18-22962-GLT
Andrew D. Harrison                                           Chapter 7
Nina R. Dibiase Harrison
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin              Page 1 of 2              Date Rcvd: Nov 07, 2018
                             Form ID: 318             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db/jdb         +Andrew D. Harrison,   Nina R. Dibiase Harrison,   633 Marshall Avenue,
                 Pittsburgh, PA 15214-3017
14887139        Chase,   Cardmember Services,   PO Box 6294,   Carol Stream, IL 60197-6294
14887140        ECSI,   PO Box 1238,   Wexford, PA 15090-1238
14887143        Great Lakes,   2401 International Lane,   Madison, WI 53704-3192
14887147        OLSA,   PO Box 18475,   Monterey, LA 71354-0475
14887148       +Penny Mac,   3043 Townsgate Road,   Suite 200,   Westlake Village, CA 91361-3027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Nov 08 2018 07:08:00      Robert Shearer,   5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:20:11      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Nov 08 2018 02:21:03      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14887137        EDI: BANKAMER.COM Nov 08 2018 07:08:00      Bank of America,   PO Box 982234,
                 El Paso, TX 79998-2234
14887138        EDI: WFNNB.COM Nov 08 2018 07:08:00      Buckle,   c/o Comenity Bank,   PO Box 182273,
                 Columbus, OH 43218-2273
14887141        EDI: FORD.COM Nov 08 2018 07:08:00      Ford Motor Credit,   PO Box 220564,
                 Pittsburgh, PA 15257-2564
14887142        EDI: RMSC.COM Nov 08 2018 07:08:00      Gap Visa,   c/o Synchrony Bank,   PO Box 960017,
                 Orlando, FL 32896-0017
14887144        EDI: CBSKOHLS.COM Nov 08 2018 07:08:00      Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
14887145        EDI: RMSC.COM Nov 08 2018 07:08:00      Lowe's,   PO Box 530914,   Atlanta, GA 30353-0914
14887146        EDI: NAVIENTFKASMSERV.COM Nov 08 2018 07:08:00      Navient,   PO Box 9533,
                 Wilkes Barre, PA 18773-9533
14887900       +EDI: PRA.COM Nov 08 2018 07:08:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14931952        EDI: BECKLEE.COM Nov 08 2018 07:08:00       State Farm Bank,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
14887149       +EDI: STFMFC.COM Nov 08 2018 07:08:00      State Farm Bank,   P.O. Box 23025,
                 Columbus, GA 31902-3025
14887150       +EDI: RMSC.COM Nov 08 2018 07:08:00      Toys R Us,   PO Box 530939,   Atlanta, GA 30353-0939
14887151        EDI: WFNNB.COM Nov 08 2018 07:08:00       Victoria's secret,   c/o Comenity Bank,   PO Box 182273,
                 Columbus, OH 43218-2273
14887152        EDI: WFFC.COM Nov 08 2018 07:08:00      Wells Fargo Auto Finance,   PO Box 168048,
                 Irving, TX 75016-8048
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              PENNYMAC LOAN SERVICES, LLC
aty*           +Robert Shearer,   5703 Brewster Lane,   Erie, PA 16505-1109
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*             State Farm Bank,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
                                                                                               TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: admin                 Page 2 of 2            Date Rcvd: Nov 07, 2018
                              Form ID: 318                Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
               PitEcf@weltman.com
              Christopher M. Frye    on behalf of Debtor Andrew D. Harrison chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Nina R. Dibiase Harrison
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com,    rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                             TOTAL: 8
```